# EXHIBIT A

# Application of U.S. Patent No. 8,001,465 to
# The Reinalt-Thomas Corporation
# d/b/a
# Discount Tire

## U.S. Patent No. 8,001,465 - Claim 1

A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows, the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of:

(a)  determining display space requirement (DSR) for displaying the elements;

(b)  moderating the DSR value of at least one element to determine its moderated display space requirement (ModDSR) value, wherein said moderating step comprises:

(i)     selecting an element whose DSR value is larger than the DSR value of at least one element in the column or row to which said element corresponds; and

(ii)    reducing the DSR value of the selected element such that the amount of reduction depends on the difference between the DSR value of said element and a value representative of the DSR values of the elements corresponding to the column or row to which said element corresponds;

(c) allocating column widths and row heights, based on the ModDSR values or on values obtained by using the ModDSR values, such that the total width of all the columns and the total height of all the rows do not exceed the width and height, respectively, of the predetermined two dimensional display space; and

(d) displaying the elements in the space allocated to the corresponding cells.

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows, the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A computer accessing the Discount Tire website (www.discounttire.com) performs a method for displaying elements of an information array within a predetermined two dimensional display space when displaying elements of a webpage using flex containers. The predetermined two dimensional display space (e.g., the space allocated to the header for the website discounttire.com) is created by constraints based on the finite pixels along a monitor's/display's width and finite width of the monitor/display itself.  |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows, the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 5-22, the flex container div.header.no-print contains items div.header_logo.header_logo--desktop (itself a flex container with an item) and nav.header_nav (itself a flex item with containers div.header_top-nav and div.header_bottom-nav, both containers further containing flex containers and flex items).  |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, **wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,** the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 5-22, the flex container div.header.no-print contains items div.header_logo.header_logo--desktop (itself a flex container with an item) and nav.header_nav (itself a flex item with containers div.header_top-nav and div.header_bottom-nav, both containers further containing flex containers and flex items).<br><br> |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 5-22, the flex container div.header.no-print contains items div.header_logo.header_logo--desktop (itself a flex container with an item) and nav.header_nav (itself a flex item with containers div.header_top-nav and div.header_bottom-nav, both containers further containing flex containers and flex items).<br><br> |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 5-22, the flex container div.header.no-print contains items div.header_logo.header_logo--desktop (itself a flex container with an item) and nav.header_nav (itself a flex item with containers div.header_top-nav and div.header_bottom-nav, both containers further containing flex containers and flex items).  |

| Claim 1 | Evidence |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 5-22, the flex container div.header.no-print contains items div.header_logo.header_logo--desktop (itself a flex container with an item) and nav.header_nav (itself a flex item with containers div.header_top-nav and div.header_bottom-nav, both containers further containing flex containers and flex items).  |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 5-22, the flex container div.header.no-print contains items div.header_logo.header_logo--desktop (itself a flex container with an item) and nav.header_nav (itself a flex item with containers div.header_top-nav and div.header_bottom-nav, both containers further containing flex containers and flex items).  |

| Claim 1 | Evidence |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, **wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,** the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).  |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).<br><br> |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows). For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).<br> |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).  |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).  |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).<br><br> |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).<br><br> |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).  |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).  |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).<br><br> |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).<br><br> |

| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, <span style="color:red">wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows,</span> the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | A flex container is divided into items (i.e., cells formed at intersections of columns and rows).  For example, as shown in slides 11-22, the flex container div.header__bottom-nav contains items ul.header__links-list (itself a flex container with items of the type header__list-item) and searchForm.search.js-header-search.search—out (itself a flex container with items div.search__area and button.header__nav-button.header_nav-button--search.js-open-search).  |

| Claim 1 | Evidence |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows, the elements of the information array have corresponding cells for display, and at least two of said elements include text, said method comprising the steps of: | As illustrated above, the content of a flex container (i.e., elements of the information array) is contained within a flex item/box (i.e., corresponding cell for display). |

> The specification describes a CSS box model optimized for user interface design. In the flex layout model, the children of a flex container can be laid out in any direction, and can "flex" their sizes, either growing to fill unused space or shrinking to avoid overflowing the parent. Both horizontal and vertical alignment of the children can be easily manipulated. Nesting of these boxes (horizontal inside vertical, or vertical inside horizontal) can be used to build layouts in two dimensions.

> CSS is a language for describing the rendering of structured documents (such as HTML and XML) on screen, on paper, etc.

## 2. Flex Layout Box Model and Terminology

A **flex container** is the box generated by an element with a computed 'display' of 'flex' or 'inline-flex'. In-flow children of a flex container are called **flex items** and are laid out using the flex layout model.

## 4. Flex Items

Loosely speaking, the flex items of a flex container are boxes representing its in-flow contents.



| **Claim 1** | **Evidence** |
|---|---|
| A computer executable method for displaying elements of an information array within a predetermined two dimensional display space, wherein the predetermined two dimensional display space is divided into cells formed at intersections of columns and rows, the elements of the information array have corresponding cells for display, <span style="color:red">and at least two of said elements include text,</span> said method comprising the steps of: | The flex containers used by Defendant's website (discounttire.com) include text. For example, the flex container div.header__bottom-nav includes items with the text "TIRES," "WHEELS," "APPOINTMENTS," "TIPS & GUIDES," "PROMOTIONS," "FLEET," and "What can we help you find?"  |

| Claim 1 | Evidence |
|---|---|
| (a) determining display space requirement (DSR) for displaying the elements; | When a visitor visits Defendant's website, the visitor's computer/browser determines display space requirement (DSR) for displaying the elements.  For example, a visitor's computer/browser determines the amount of space required to display the elements in the bottom navigation portion of the header for discounttire.com (e.g., the items "TIRES," "WHEELS," "APPOINTMENTS," "TIPS & GUIDES," "FINANCING," "PROMOTIONS," "FLEET," search area, and search button) before distributing space.<br><br> |

| Claim 1 | Evidence |
|---|---|
| (a) determining display space requirement (DSR) for displaying the elements; | ## 7. Flexibility<br><br>The defining aspect of flex layout is the ability to make the flex items "flex", altering their width/height to fill the available space in the main dimension. This is done with the 'flex' property. A flex container distributes free space to its items (proportional to their flex grow factor) to fill the container, or shrinks them (proportional to their flex shrink factor) to prevent overflow.<br><br>The 'flex' property specifies the components of a **flexible length**: the **flex factors** (grow and shrink) and the flex basis. When a box is a flex item, 'flex' is consulted *instead of* the main size property to determine the main size of the box. If a box is not a flex item, 'flex' has no effect.<br><br>**'<'flex-basis'>'**<br>    This component sets the 'flex-basis' longhand, which specifies the **flex basis**: the initial main size of the flex item, before free space is distributed according to the flex factors.<br><br>    <'flex-basis'> accepts the same values as the 'width' and 'height' properties (except that 'auto' is treated differently) plus the 'content' keyword:<br><br>    **'auto'**<br>    When specified on a flex item, the 'auto' keyword retrieves the value of the main size property as the used 'flex-basis'. If that value is itself 'auto', then the used value is 'content'.<br><br>    **'content'**<br>    Indicates an automatic size based on the flex item's content. (It is typically equivalent to the max-content size, but with adjustments to handle aspect ratios, intrinsic sizing constraints, and orthogonal flows; see details in §9 Flex Layout Algorithm.)<br><br>    **max-content size**<br>    A box's "ideal" size in a given axis when given infinite available space. Usually this is the smallest size the box could take in that axis while still fitting around its contents, i.e. minimizing unfilled space while avoiding overflow. |

| **Claim 1** | **Evidence** |
|---|---|
| (b) moderating the DSR value of at least one element to determine its moderated display space requirement (ModDSR) value, wherein said moderating step comprises:<br><br>(i) selecting an element whose DSR value is larger than the DSR value of at least one element in the column or row to which said element corresponds; and<br><br>(ii) reducing the DSR value of the selected element such that the amount of reduction depends on the difference between the DSR value of said element and a value representative of the DSR values of the elements corresponding to the column or row to which said element corresponds; | When a visitor visits Defendant's website, the visitor's computer/browser moderates the DSR value of at least one element to determine its moderated display space requirement (ModDSR) value.  In the example below, a visitor's computer/browser moderates the DSR value of the search area item (div.search_area); its size was reduced from 494.77px to 446.65px.<br><br> |

| Claim 1 | Evidence |
|---|---|
| (b) moderating the DSR value of at least one element to determine its moderated display space requirement (ModDSR) value, wherein said moderating step comprises:<br><br>(i) selecting an element whose DSR value is larger than the DSR value of at least one element in the column or row to which said element corresponds; and<br><br>(ii) reducing the DSR value of the selected element such that the amount of reduction depends on the difference between the DSR value of said element and a value representative of the DSR values of the elements corresponding to the column or row to which said element corresponds; | The DSR value is moderated by selecting an element whose DSR value is larger than the DSR value of at least one element in the column or row to which said element corresponds.  As illustrated in the previous slide, for example, the search area item (div.search_area) was selected by the visitor's computer/browser for moderating; it had a base size of 1496.9 pixels, which was larger than the 14.12px base size of the search button item (button.header_nav-button.header_nav-button).<br><br> |

| **Claim 1** | **Evidence** |
|---|---|
| (b) moderating the DSR value of at least one element to determine its moderated display space requirement (ModDSR) value, wherein said moderating step comprises:<br><br>(i) selecting an element whose DSR value is larger than the DSR value of at least one element in the column or row to which said element corresponds; and<br><br><span style="color:red">(ii) reducing the DSR value of the selected element such that the amount of reduction depends on the difference between the DSR value of said element and a value representative of the DSR values of the elements corresponding to the column or row to which said element corresponds;</span> | The DSR value is moderated by reducing the DSR value of the selected element such that the amount of reduction depends on the difference between the DSR value of said element and a value represented of the DSR values of the elements corresponding to the column or row to which said element corresponds.  For example, the final size for the search area item (div.search_area) in the example below was reduced by 48.12px based on the difference between its base size (494.77) and the size requirements for other items in the bottom navigation portion of the header (e.g., list items "TIRES," "WHEELS," "APPOINTMENTS," "TIPS & GUIDES," "FINANCING," "PROMOTIONS," "FLEET" and the search button).<br><br> |

| Claim 1 | Evidence |
|---|---|
| (b) moderating the DSR value of at least one element to determine its moderated display space requirement (ModDSR) value, wherein said moderating step comprises:<br><br>(i) selecting an element whose DSR value is larger than the DSR value of at least one element in the column or row to which said element corresponds; and<br><br><span style="color:red">(ii) reducing the DSR value of the selected element such that the amount of reduction depends on the difference between the DSR value of said element and a value representative of the DSR values of the elements corresponding to the column or row to which said element corresponds;</span> | ## 7. Flexibility<br><br>The defining aspect of flex layout is the ability to make the flex items "flex", altering their width/height to fill the available space in the main dimension. This is done with the 'flex' property. A flex container distributes free space to its items (proportional to their flex grow factor) to fill the container, or shrinks them (proportional to their flex shrink factor) to prevent overflow.<br><br>A flex item is **fully inflexible** if both its 'flex-grow' and 'flex-shrink' values are zero, and **flexible** otherwise.<br><br>The 'flex' property specifies the components of a **flexible length**: the **flex factors** (grow and shrink) and the flex basis. When a box is a flex item, 'flex' is consulted *instead of* the main size property to determine the main size of the box. If a box is not a flex item, 'flex' has no effect.<br><br>**'<'flex-shrink'>'**<br>This \<number> component sets 'flex-shrink' longhand and specifies the **flex shrink factor**, which determines how much the flex item will shrink relative to the rest of the flex items in the flex container when negative free space is distributed. When omitted, it is set to '1'.<br><br>Note: The flex shrink factor is multiplied by the flex base size when distributing negative space. This distributes negative space in proportion to how much the item is able to shrink, so that e.g. a small item won't shrink to zero before a larger item has been noticeably reduced. |

| **Claim 1** | **Evidence** |
|---|---|
| (c) allocating column widths and row heights, based on the ModDSR values or on values obtained by using the ModDSR values, such that the total width of all the columns and the total height of all the rows do not exceed the width and height, respectively, of the predetermined two dimensional display space; and | When a visitor visits Defendant's website, the visitor's computer/browser allocates column widths and row heights, based on the ModDSR values or on values obtained by using the ModDSR values. For example, a visitor's computer/browser determines and allocates widths and heights for the elements (as well as nested elements and containers) based on moderated sizes for items in the container (e.g., div.search_area) such that the total width and height of the items in the container does not exceed the width and height of the container.<br><br> |

| Claim 1 | Evidence |
|---|---|
| (c) allocating column widths and row heights, based on the ModDSR values or on values obtained by using the ModDSR values, such that the total width of all the columns and the total height of all the rows do not exceed the width and height, respectively, of the predetermined two dimensional display space; and | The specification describes a CSS box model optimized for user interface design. In the flex layout model, the children of a flex container can be laid out in any direction, and can "flex" their sizes, either growing to fill unused space or shrinking to avoid overflowing the parent. Both horizontal and vertical alignment of the children can be easily manipulated. Nesting of these boxes (horizontal inside vertical, or vertical inside horizontal) can be used to build layouts in two dimensions.

CSS is a language for describing the rendering of structured documents (such as HTML and XML) on screen, on paper, etc.

## 7. Flexibility

The defining aspect of flex layout is the ability to make the flex items "flex", altering their width/height to fill the available space in the main dimension. This is done with the 'flex' property. A flex container distributes free space to its items (proportional to their flex grow factor) to fill the container, or shrinks them (proportional to their flex shrink factor) to prevent overflow. |

| **Claim 1** | **Evidence** |
|---|---|
| (d) displaying the elements in the space allocated to the corresponding cells. | When a visitor visits Defendant's website, the visitor's computer/browser displays the elements in the space allocated to the corresponding cells.<br><br> |

| **Claim 1** | **Evidence** |
|---|---|
| (d) displaying the elements in the space allocated to the corresponding cells. | **1.1. Overview**<br><br>*This section is not normative.*<br><br>Flex layout is superficially similar to block layout. It lacks many of the more complex text- or document-centric properties that can be used in block layout, such as floats and columns. In return it gains simple and powerful tools for distributing space and aligning content in ways that web apps and complex web pages often need. The contents of a flex container:<br><br>• can be laid out in any flow direction (leftwards, rightwards, downwards, or even upwards!)<br>• can have their display order 'reversed' or rearranged at the style layer (i.e., visual order can be independent of source and speech order)<br>• can be laid out linearly along a single (main) axis or wrapped into multiple lines along a secondary (cross) axis<br>• can "flex" their sizes to respond to the available space<br>• can be aligned with respect to their container or each other on the secondary (cross)<br>• can be dynamically collapsed or uncollapsed along the main axis while preserving the container's cross size<br><br>**EXAMPLE 1**<br>Here's an example of a catalog where each item has a title, a photo, a description, and a purchase button. The designer's intention is that each entry has the same overall size, that the photo be above the text, and that the purchase buttons aligned at the bottom, regardless of the length of the item's description. Flex layout makes many aspects of this design easy:<br><br>• The catalog uses flex layout to lay out rows of items horizontally, and to ensure that items within a row are all equal-height. Each entry is then itself a column flex container, laying out its contents vertically.<br><br><br>*Figure 1 An example rendering of the code above.* |